IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FRANCISCAN UNIVERSITY OF
STEUBENVILLE, *et al.*,

        Plaintiffs,

V.

        CASE NO. C2-12-0440
        JUDGE EDMUND A. SARGUS, JR.
        MAGISTRATE JUDGE MARK R. ABEL

KATHLEEN SEBELIUS, *et al.*,

        Defendants.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

11-14-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE